## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

839 A.2d 184

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Travis L. KITCHEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2003.

Decided Dec. 23, 2003.

Helen A. Stolinas, for Travis Kitchen, appellant.

Stephen G. Downs, Towanda, for the Com. of PA.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.